■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LLOYD CLARKE, Appellant. [853 NYS2d 518]— No opinion. Order filed. Concur—Saxe, J.P., Gonzalez, Buckley and Acosta, JJ.